UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| BARRY A. MERRIWEATHER,<br><br>    Plaintiff,<br>  v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV-12-091-CI<br><br>JUDGMENT IN A CIVIL CASE |

### DECISION BY THE COURT

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED that:

Defendant's Motion to Dismiss is **GRANTED**.  Plaintiff's Complaint and claims are **DISMISSED WITH PREJUDICE**.  Judgment is entered for Defendant.

DATED:  August 21, 2013

SEAN McAVOY
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk